

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00193-CR

## IN RE BRANDON HJELLA

### Original Proceeding

### From the Justice of the Peace, Pct 1, Place 2
### McLennan County, Texas
### Trial Court No. J12T23-0237

## MEMORANDUM OPINION

Relator Brandon Hjella has filed a *pro se* petition for writ of mandamus in which he requests that we order the Justice of the Peace, Precinct 1, Place 2, in McLennan County to dismiss the underlying case against him.

Article V, section 6 of the Texas Constitution, which delineates the appellate jurisdiction of the intermediate courts of appeals, provides that the courts of appeals have original jurisdiction as prescribed by law. TEX. CONST. art. V, § 6. Section 22.221(a) of the Government Code authorizes this Court to issue a writ of mandamus to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a). Section 22.221(b) of the Government

Code authorizes this Court to issue a writ of mandamus against "a judge of a district, statutory county, statutory probate county, or county court"; "a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52, Code of Criminal Procedure"; or "an associate judge of a district or county court appointed by a judge under Chapter 201, Family Code," so long as those judges are in this Court's district. *Id.* § 22.221(b).

We do not have jurisdiction to issue a writ of mandamus against a justice of the peace. *Easton v. Franks*, 842 S.W.2d 772, 773–74 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding) (per curiam); *see also In re Wilkins*, No. 11-20-00049-CR, 2020 WL 868062, at *1 (Tex. App.—Eastland Feb. 21, 2020, orig. proceeding) (mem. op., per curiam, not designated for publication). And Hjella's petition does not demonstrate that the relief that he requests is necessary to enforce our appellate jurisdiction.

Accordingly, we dismiss Hjella's petition for writ of mandamus for want of jurisdiction. Hjella's "Emergency Motion to Advance Writ of Mandamus" is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition dismissed
Opinion delivered and filed June 27, 2023
Do not publish
[OT06]

